ANGELA D'AMURO, Respondent, v. LAWRENCE P. BREW, Respondent. ANGELA D'AMURO, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant. JOHN D'AMURO, Respondent, v. LAWRENCE P. BREW, Respondent. JOHN D'AMURO, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order severs the John D'Amuro action; authorizes entry of judgment in favor of Angela D'Amuro; sets aside a verdict in favor of John D'Amuro against defendant railway company, and restores the case to the trial calendar in a negligence action.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

In the Matter of the Application of JOANNA SHAY LEWIS for a Determination as to the Validity, Construction or Effect of the Disposition of Property Contained in the Last Will and Testament and the Codicil of MARY A. SHAY, Deceased, and in Certain Compromise Agreement Entered into Pursuant Thereto.— Decree so far as appealed from affirmed, with costs to the respondents payable out of the estate. All concur. (The portion of the decree appealed from dismisses a petition for a construction of the will and codicil of decedent and a compromise agreement.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

JAMES J. BRESNAHAN, Respondent, v. NEW YORK LIFE INSURANCE COMPANY, Appellant.— Judgments and order affirmed, with costs. All concur, except Dowling, J., who dissents and votes for reversal and for dismissal of the complaint on the ground that the verdict was contrary to and against the weight of the evidence and for judgment on the counterclaim. (One judgment is for plaintiff in an action under disability riders on life insurance policies. The other judgment dismisses the counterclaim set up in the defendant's answer. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

RUBY VAN BUREN, Respondent, v. WILLIAM B. COCHRANE, Appellant, and JOSEPH RANDAZZO and ROSE M. GRECO, Defendants.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

ANTHONY DADDAZIO, Appellant, v. ONTARIO SAND AND GRAVEL Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order grants a motion for change of venue in a stockholder's action.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ. [175 Misc. 518.]